IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00611-PAB-MEH

BETTY JOHNSON and
JOSEPH JOHNSON,

     Plaintiffs,
v.

SANOFI-AVENTIS U.S., LLC, and
SANOFI-AVENTIS WORLDWIDE, f/k/a Aventis,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

     Defendant sanofi-aventis U.S., LLC's Unopposed Motion for the Entry of Protective Order Regarding Confidential Information [filed November 11, 2008; docket #29] is **denied without prejudice**, and the attached proposed protective order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), requiring a specific mechanism by which the parties may challenge the designation of information as confidential, including a set number of days within which objections must be made. *See id.* at 388-89.