IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00611-PAB-MEH

BETTY JOHNSON and
JOSEPH JOHNSON,

    Plaintiffs,

v.

SANOFI-AVENTIS U.S., LLC, and
SANOFI-AVENTIS WORLDWIDE, f/k/a Aventis,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2008.**

    Defendant sanofi-aventis U.S., LLC's Unopposed Renewed Motion for the Entry of Protective Order Regarding Confidential Information [filed November 25, 2008; docket #32] is **granted**. The approved Protective Order Regarding Confidential Information is filed contemporaneously with this order.