IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Civil Action No. 08-cv-00611 PAB-MEH

BETTY JOHNSON and
JOSEPH JOHNSON,

    Plaintiffs,

v.

SANOFI-AVENTIS U.S., LLC, and
SANOFI-AVENTIS WORLDWIDE (f/k/a Aventis),

    Defendants.

## AMENDMENT TO SCHEDULING ORDER

The Joint Motion for Amendment to Scheduling Order [filed January 7, 2009; docket #36] is **granted**. The parties have established sufficient need in this complex case for an extended discovery period. The parties are advised that absent truly extraordinary and unexpected circumstances, no additional request for an extension will be entertained by the Court.

The Scheduling Order in this matter is amended as follows:

### 8. CASE PLAN AND SCHEDULE

    b.    Discovery cutoff date: September 30, 2009

    c.    Dispositive motion deadline: November 30, 2009

    d.    Expert Witness Disclosures:

        (1)    Plaintiffs shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before May 31, 2009.

        (2)    Defendant shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before July 31, 2009.

(3) Plaintiffs shall designate any Rebuttal Experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before August 31, 2009.

(4) At this time, the parties anticipate experts in a variety of areas, including but not limited to, pharmaceutical drugs, FDA regulatory compliance, relevant areas of medicine and damages. The parties have not set any limitation on the number of experts.

f./g. The written discovery cutoff date will be August 31, 2009.

## 11. DATES FOR FURTHER CONFERENCES

a. A Settlement Conference will be held on Tuesday, August 18, 2009, at 10:00 o'clock a.m. It is hereby ordered that all settlement conferences that take place before the magistrate judge shall be confidential.

( ) *Pro se* parties and attorneys only need be present.

(X) *Pro se* parties, attorneys, and client representatives with authority to settle must be present. (NOTE: This requirement is not fulfilled by the presence of counsel. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)

(X) Each party shall submit a Confidential Settlement Statement to the magistrate judge on or before August 11, 2009 outlining the facts and issues, as well as the strengths and weaknesses of their case.

b. Status conferences will be held in this case at the following dates and times:

c. A final pretrial conference will be held in this case on January 29, 2010, at 9:30 o'clock a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five days before the final pretrial conference.

DATED this 12th day of January, 2009.

BY THE COURT:

s/ Michael E. Hegarty

Michael E. Hegarty
United States Magistrate Judge

APPROVED:

s/Charles R. Free
Charles R. Free, #16476
The Law Firm of Charles R. Free, L.L.C.
12605 East Euclid Drive
Centennial, CO 80111
Telephone: (303) 708-1300
Fax: (303) 708-1612
E-mail: cfree55555@aol.com
Attorney for Plaintiffs

s/Jeffrey R. Pilkington
Jeffrey R. Pilkington
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
E-mail: jeff.pilkington@dgslaw.com
Attorney for Defendant sanofi-aventis US LLC

s/Vincent M. Balkenbush
Vincent M. Balkenbush, #12715
Law Office of Vincent M. Balkenbush, LLC
385 Inverness Pkwy., Suite 120
Englewood, CO 80112
Telephone: (303) 691-9930
Fax: (303) 792-3670
E-mail: vince@vbalkenbush.com
Attorney for Plaintiffs