IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00611-PAB-MEH

BETTY JOHNSON and
JOSEPH JOHNSON,

    Plaintiffs,

v.

SANOFI-AVENTIS U.S., L.L.C. and
SANOFI-AVENTIS WORLDWIDE , f/k/a Aventis,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal with prejudice [Docket No. 45]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 7, 2009.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge